**Order filed, April 11, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00159-CR

_____

**JOHN JOSEPH COOGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 62636**

---

## ORDER

The reporter's record in this case was due **December 3, 2012**. *See* Tex. R. App. P. 35.1. On **March 6, 2013**, Jill Friedrichs filed a motion for extension of time to file the record which was GRANTED to **April 2, 2013**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order JIll Friedrichs, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM